# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,               )
                                       )
     v.                              )    2:12-CR-89-KJD (RJJ)
                                       )
JAN SAUERBREY,                         )
                                       )
            Defendant.               )

## ORDER OF FORFEITURE

On April 24, 2012, defendant JAN SAUERBREY pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information and in the Plea Memorandum. Criminal Information, ECF No 6; Plea Memorandum, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 10.

This Court finds that JAN SAUERBREY shall pay a criminal forfeiture money judgment of $125,396.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAN SAUERBREY a criminal forfeiture money judgment in the amount of $125,396.00 in United States Currency.

DATED this 21 day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing (proposed) Order of Forfeiture on May 16, 2012, by the below identified method of service:

CM/ECF:

James Oronoz
James Oronoz, Chtd.
700 S. Third Street
Las Vegas, NV 89101
Email: jim@oronozlawyers.com
Counsel for Defendant Jan Sauerbrey

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal